UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-05204-MCS-SSC | Date | August 28, 2025 |
| Title | *Brooke v. Orange Tree Inn LP* | | |

Present: The Honorable **Mark C. Scarsi, United States District Judge**

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER OF DISMISSAL (JS-6)

The Court ordered Plaintiff Theresa Brooke to show cause why this case should not be dismissed without prejudice on the basis that Plaintiff lacks standing to prosecute this action. (OSC, ECF No. 16.) Plaintiff did not file a timely response. The Court construes the failure to respond "as a concession that Plaintiff lacks standing to pursue the ADA claim." (*Id.* at 3.)

The case is dismissed without prejudice for lack of standing. This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court directs the Clerk to treat this Order, and its entry on the docket, as an entry of judgment.

**IT IS SO ORDERED.**